IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BILLY GAMMEL, *et al*.                                                                                   PLAINTIFFS

v.                                             Case No. 1:20-cv-1060

DANIEL LAULETTA, *et al*.                                                                          DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion to Remand. ECF No. 40. Defendants have not filed a response and the time to do so has passed. See Local Rule 7.2(b). The Court finds this matter ripe for consideration.

This case was removed to this Court based on diversity jurisdiction pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441. On May 13, 2021, Plaintiffs filed a First Amended Complaint, which added Separate Defendant, FNBC Bank. FNBC Bank is an Arkansas state-chartered bank with its principal place of business in Ash Flat, Arkansas. Plaintiffs are also citizens of Arkansas.

Upon consideration, the Court agrees that FNBC Bank destroys diversity and thus, this case should be remanded back to state court. Accordingly, Plaintiffs' Motion to Remand (ECF No. 40) is **GRANTED**. The Court will permit joinder and remand this case to the Circuit Court of Ashley County, Arkansas for lack of subject matter jurisdiction.

**IT IS SO ORDERED**, this 22nd day of July, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge